# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

GRADY R. WILLIAMS,                )
                                  )
    Plaintiff,           )
                                  )
v.                                )  Case No. CV415-277
                                  )
F. GATES PEED and                 )
RICHARD A. MALLARD,               )
in their individual capacities,   )
    Defendants.          )

## REPORT AND RECOMMENDATION

Grady R. Williams brings this 42 U.S.C. § 1983 action against F. Gates Peed and Richard A. Mallard in their "individual capacities." Doc. 1. As the Clerk warned him in writing, doc. 2, he must either pay the $400 filing fee or move to proceed *in forma pauperis*. 28 U.S.C. § 1914. Williams sent a letter to the Clerk (unedited): "Please find enclosed with your presentment an Money Order for $400.00 made out to U.S. District Court, Clerk." Doc. 3. However, no such money order was enclosed with that letter. Consequently, this case should be **DISMISSED**. Williams is free to pay the fee within the 14-day Objection period granted him under

Fed. R. Civ. P. 72(b)(2).

**SO REPORTED AND RECOMMENDED,** this _28^TH_ day of

October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2